Clerk,

4:16cv-1067-Y

I entered an address change some time ago. The 60 days for the state to answer me has expired.

If the state refuses to answer/remains silent, will the Judge now rule on the case?

I wish to make sure my address is changed, I live at:

Russell Johnson 855572
Coffield Unit
2661 FM 2054
Tennessee Colony Tx
75884

Thank you,
Russell J.

RECEIVED
JAN 27

Russell Johnson 865072
Coffield Unit
2661 FM 2054
Tennessee Colony Tx
75884

United States District Court
Office of the Clerk
Northern District of Texas
501 West Tenth St Room 310
Fort Worth Tx 76102-10121

INSTITUTIONS DIVISION
TEXAS DEPT. OF CRIMINAL
JUSTICE - CORRECTIONAL
\*\*PRIVILEGED OFFENDER MAIL\*\*