CTW

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

FILED

MAR - 6 2017

CLERK, U.S. DISTRICT COURT
By _____
            Deputy

RUSSELL DON JOHNSON
        Petitioner

        v

LORIE DAVIS, Director
    Texas Department of Criminal
Justice Correctional Institutional
Division.

4:16-CV-1067 Y
        ECF

Petitioners Response to Respondent
Davis' ~~Press~~ Preliminary Answer

Petitioner Johnson, Pro se wishes to respond to Director Davis' preliminary answer, & attempt to have this petition for writ of Habeas Corpus dismissed as Time-barred.

Wishing to respond specifically to Davis' claims on page 5, starting on line 7, contesting that Petitioner was well aware of illegal cumulation before Dec 8th 2015.

Petitioner was in prison for 17½ years, month after month, recieving timeslips, which stated 30 years, & a 10 year concurrent sentence. At 13 flat years, the time needed to see parole on 30 years, Petitioner saw parole on 30 year sentence with 10 year concurrent sentence 5 years past completion. At 17 years, Petitioner saw parole again, on NON-cumulated 30 year sentence & made parole. 8 days before going home is when petitioners sentencing "recalculation" was made known, & he was sent back to prison, Petitioner was NOTIFIED Jan 7th 2016. The illegal cumulation was found by TDCJ Dec 8th 2015, & due to

this being the factual date in writing that petitioner could secure, Dec 8th 2015 is the Date of initial Knowledge of sentences being cumulated, & therefore petitioner is within his one year statute of limitations.

Petitioner had a concurrent sentence for 17½ years, & therefore cannot reasonably be rationalized that petitioner would Knowingly wait 18 years ~~years~~ to request relief.

Dec 8th 2015 is the factual date when petitioner was first made aware of the Petitioners sentences being illegally cumulated.

## CONCLUSION

Petitioner requests Respondent Davis Preliminary Answer for Timebar be denied and ~~~~ Respondent be required to answer Petitioners writ.

Respectfully submitted

Rosell J

## Certificate of Service

A true and correct copy of the above and foregoing has been served By placing it in the united States mail, postage Prepaid on Feb 24th 2017

Addressed to:
Casey Solomon
PO Box 12548 capitol station
Austin Tx 78711

Russell Johnson 8555570
CoField Unit
2661 FM 2054
Tennessee Colony Tx 75884

CLERK OF COURT.

2017 MAR -6  AM 11:48

RECEIVED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT WORTH DIVISION

Legal Mail

NORTH TEXAS TX FRDC
DALLAS TX 750
02 MAR 2017 PM 5 L

FOREVER USA

PURPLE HEART

United States District Court
Office of the Clerk
501 west Tenth St Room 310
Ft Worth Texas
76102

7510283641 C024