IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| RUSSELL DON JOHNSON, | § |
| Petitioner, | § |
| v. | § No. 4:16-CV-1067-Y |
| LORIE DAVIS, Director, Texas Department of Criminal Justice, Correctional Institutions Division, | § |
| Respondent. | § |

**FINAL JUDGMENT**

In accordance with its Opinion and Order signed this day, the Court DISMISSES the petition of Russell Don Johnson pursuant to 28 U.S.C. § 2254 in the above-captioned action as time barred.

SIGNED January 17, 2018.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE